**Order entered November 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00821-CR

## TIMOTHY JAMES TAYLOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-80945-2012

## ORDER

The Court **DENIES** as premature appellant's October 29, 2015 request for an extension of time to file a pro se response to the *Anders* brief. On October 21, 2015, this Court struck the previously-filed *Anders* brief and ordered appellate counsel to file an amended brief that either raised issues on the merits or complies with the requirements of *Anders v. California*. Counsel has not yet filed an amended brief, and the amended brief is not due until Monday, December 7, 2015. Because there is no longer an *Anders* brief before the Court to which appellant may respond, no pro se response is due. If counsel files an amended *Anders* brief, the Court will set new deadlines at that time for any pro se response.

We **DIRECT** the Clerk to send copies of this order to Timothy Taylor and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE